```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CARMEN ACEVEDO,                                                        :
:
Plaintiff,                                   :         20-CV-5110 (JPC)
:
-v-                                          :
:                    ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
:
Defendant.                                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The conference scheduled for December 10, 2020 at 11:00 a.m. is adjourned *sine die*.  The deadline for the parties to submit a joint letter (Dkt. 15) is also adjourned *sine die*.

SO ORDERED.

Dated: October 28, 2020
       New York, New York                        _____
                                                       JOHN P. CRONAN
                                                 United States District Judge