


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

October 27, 2020

BY ECF

Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                      Re:  Carmen Acevedo v. Comm'r of Soc. Sec.
                            20 Civ. 5110 (JPO)

Dear Judge Cronan:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on November 2, 2020.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until January 4, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    AUDREY STRAUSS
                                    Acting United States Attorney

                  By:        s/  *Susan D. Baird*
                         SUSAN D. BAIRD
                         Assistant United States Attorney
                         tel. (212) 637-2713
                         Susan.Baird@usdoj.gov

cc:  Daniel A. Osborn, Esq.

Defendant's request is GRANTED.  Defendant shall file the certified transcript of administrative proceedings by January 4, 2021.

SO ORDERED.

Date: October 28, 2020
      New York, New York

                                    JOHN P. CRONAN
                                    United States District Judge