

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

December 31, 2020

BY ECF

Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re:  Carmen Acevedo v. Comm'r of Soc. Sec.
                      20 Civ. 5110 (JPO)

Dear Judge Cronan:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on January 4, 2021.  We write respectfully to request that the time to file the record be extended for 60 days, until March 5, 2021.  The reason for this request is the Social Security Administration ("SSA") needs more time to prepare the record.  The enclosed declaration from Jebby Rasputnis, Executive Director of SSA's Office of Appellate Operations, details the extraordinary challenges SSA has faced in redesigning its business process to produce tens of thousands of administrative records virtually while also coping with a dramatically increasing number of new cases.

      One prior adjournment of the time to file the record was granted.  We have attempted to obtain the consent of plaintiff's counsel to this second adjournment; however, counsel did not consent, stating the reason was their "office policy" not to consent to a second 60-day extension of time to complete the record.  We appreciate the Court's consideration of this request.

                            Respectfully,

                            AUDREY STRAUSS
                            Acting United States Attorney

            By:        s/  *Susan D. Baird*
                    SUSAN D. BAIRD
                    Assistant United States Attorney
                    tel. (212) 637-2713
                    Susan.Baird@usdoj.gov

Enc.

cc:  (BY ECF) Daniel A. Osborn, Esq.

Defendant's request is GRANTED.  Defendant shall file the certified transcript of administrative proceedings by March 5, 2021.

SO ORDERED.

Date: December 31, 2020
      New York, New York

JOHN P. CRONAN
United States District Judge