**O S B O R N   L A W, p.c.**

**43 West 43rd Street, Suite 131**
**New York, New York 10036**

DANIEL A. OSBORN                                                             TELEPHONE
LINDSAY M. TRUST                                                     212 - 725 - 9800

                                                                                       FACSIMILE
                                                                                       212 - 500 - 5115

> **SO ORDERED**
>
> *[signature]*
>
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated: 5/3/2021

May 3, 2021

**VIA ECF**

Honorable Debra Freeman
United States District Magistrate Judge
500 Pearl Street
New York, New York 11201

                 Re:     *Acevedo v. Commissioner of Social Security,*
                               <u>Civil Action No. 1:20-cv-05110</u>

Dear Judge Freeman,

     We write on behalf of plaintiff, Carmen Acevedo, and with the consent of the defendant, request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on May 4, 2021. Plaintiff respectfully requests an extension of time up to and including July 3, 2021. This is plaintiff's first request for an extension of time.

     Subject to the approval of the Court, the parties propose the following revised briefing schedule:

         a. Plaintiff to serve her motion for judgment on the pleadings on or before **July 3, 2021**;

Honorable Debra Freeman
May 3, 2021
Page 2

    b. Defendant to serve its response/cross-motion on or before **September 1, 2021**; and

    c. Plaintiff to serve her reply (if any) and the parties to file the fully briefed motions and record on or before **September 22, 2021**.

Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:   212-725-9800
    Facsimile:   212-500-5115
    dosborn@osbornlawpc.com

cc: Susan Baird, Esq. (by ECF)

LW Document ID: 47179

Version: 1.0

Document: Social Security Disability - 174 / SS Filings [extensions, Judge Rules] / EXTENSIONS / 2021-03-25_(Segarra)_Letter_Re_Extension_of_time_Judge_Freeman.doc